Daniel J. Herling (SBN 103711)
herling@khlaw.com
KELLER AND HECKMAN LLP
3 Embarcadero Center, Suite 450
San Francisco, CA 94111
Telephone: (415) 948-2800
Facsimile: (415) 948-2808

Telisport W. Putsavage
(*Pro hac vice* to be submitted)
putsavage@khlaw.com
KELLER AND HECKMAN LLP
1001 G Street, NW, Suite 500 West
Washington, DC 20001
Telephone: (202) 434-4194
Facsimile: (202) 434-4646

Attorneys for Defendant
ZOCOR, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLMARK INTERNATIONAL,<br><br>        Plaintiff,<br><br>v.<br><br>ZOCOR, INC.,<br><br>        Defendant. | Case No. CV-09-1443<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER** |

Pursuant to Civil Local Rule 6-1(a), the parties, Plaintiff Wellmark International, and Defendant Zocor, Inc., through undersigned counsel, hereby agree and stipulate to the following extension of time to permit further settlement discussions in this matter:

The time for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint shall be extended from May 27, 2009, to on or before June 15, 2009.

*

*

Dated: May 27, 2009

Respectfully Submitted,

/s/Ryan M. Sandrock
Samuel Miller (SBN 66871)
smiller@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Ellen S. Robbins
(*Pro hac vice* to be submitted)
erobbins@sidley.com
Susie Spies Roth
(*Pro hac vice* to be submitted)
sroth@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Plaintiff
WELLMARK INTERNATIONAL

Daniel J. Herling (SBN 103711)
herling@khlaw.com
KELLER AND HECKMAN LLP
3 Embarcadero Center, Suite 450
San Francisco, CA 94111
Telephone: (415) 948-2800
Facsimile: (415) 948-2808

Telisport W. Putsavage
(*Pro hac vice* to be submitted)
putsavage@khlaw.com
KELLER AND HECKMAN LLP
1001 G Street, NW, Suite 500 West
Washington, DC 20001
Telephone: (202) 434-4194
Facsimile: (202) 434-4646

Attorneys for Defendant
ZOCOR, INC.

STIPULATED EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER

| | |
|---|---|
| Dated: May 27, 2009 | |
| Respectfully Submitted, | |
| Samuel Miller (SBN 66871)<br>smiller@sidley.com<br>Ryan M. Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Ellen S. Robbins<br>(*Pro hac vice* to be submitted)<br>erobbins@sidley.com<br>Susie Spies Roth<br>(*Pro hac vice* to be submitted)<br>sroth@sidley.com<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Attorneys for Plaintiff<br>WELLMARK INTERNATIONAL | /s/ Daniel J. Herling<br>Daniel J. Herling (SBN 103711)<br>herling@khlaw.com<br>KELLER AND HECKMAN LLP<br>3 Embarcadero Center, Suite 450<br>San Francisco, CA 94111<br>Telephone: (415) 948-2800<br>Facsimile: (415) 948-2808<br><br>Telisport Putsavage<br>(*Pro hac vice* to be submitted)<br>putsavage@khlaw.com<br>KELLER AND HECKMAN LLP<br>1001 G Street, NW, Suite 500 West<br>Washington, DC 20001<br>Telephone: (202) 434-4100<br>Facsimile: (202) 434-4646<br><br>Attorneys for Defendant<br>ZOCOR, INC. |

**ORDER**

IT IS HEREBY ORDERED.

_____
The Honorable William Alsup

Dated: _____, 2009

1
2
3

## [PROPOSED] ORDER

4
5
6   IT IS HEREBY ORDERED that the time for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint shall be extended from May 27, 2009, to on or before June 15, 2009.

7
8   _____
    The Honorable Judge William Alsup
9   IT IS SO ORDERED
10  Dated: May 27, 2009

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28