Daniel J. Herling (SBN 103711)
herling@khlaw.com
KELLER AND HECKMAN LLP
3 Embarcadero Center, Suite 450
San Francisco, CA 94111
Telephone: (415) 948-2800
Facsimile: (415) 948-2808

Telisport W. Putsavage
(*Pro hac vice* to be submitted)
putsavage@khlaw.com
KELLER AND HECKMAN LLP
1001 G Street, NW, Suite 500 West
Washington, DC 20001
Telephone: (202) 434-4194
Facsimile: (202) 434-4646
Sidley Austin LLP
Attorneys for Defendant
ZOCOR, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| WELLMARK INTERNATIONAL, | Case No. CV-09-1443 |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER** |
| ZOCOR, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(a), the parties, Plaintiff Wellmark International, and Defendant Zocor, Inc., through undersigned counsel, hereby agree and stipulate to the following additional extension of time to permit further settlement discussions in this matter:

The time for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint shall be further extended from June 15, 2009, to on or before June 29, 2009.

*

*

STIPULATED EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER

Dated: June 15, 2009

Respectfully Submitted,

| /s/Ryan M. Sandrock | /s/Daniel J. Herling |
|---|---|
| Samuel Miller (SBN 66871)<br>smiller@sidley.com<br>Ryan M. Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Ellen S. Robbins<br>(*Pro hac vice* to be submitted)<br>erobbins@sidley.com<br>Susie Spies Roth<br>(*Pro hac vice* to be submitted)<br>sroth@sidley.com<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Attorneys for Plaintiff<br>WELLMARK INTERNATIONAL | Daniel J. Herling (SBN 103711)<br>herling@khlaw.com<br>KELLER AND HECKMAN LLP<br>3 Embarcadero Center, Suite 450<br>San Francisco, CA 94111<br>Telephone: (415) 948-2800<br>Facsimile: (415) 948-2808<br><br>Telisport W. Putsavage<br>(*Pro hac vice* to be submitted)<br>putsavage@khlaw.com<br>KELLER AND HECKMAN LLP<br>1001 G Street, NW, Suite 500 West<br>Washington, DC 20001<br>Telephone: (202) 434-4194<br>Facsimile: (202) 434-4646<br><br>Attorneys for Defendant<br>ZOCOR, INC. |

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: June 15, 2009          By: /s/ Ryan M. Sandrock
                                   Ryan M. Sandrock

STIPULATED EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the time for Defendant to file an Answer or otherwise respond to Plaintiff's Complaint shall be further extended from June 15, 2009, to on or before June 29, 2009.

*IT IS SO ORDERED*
*Judge William Alsup*

_____
The Honorable [signature] sup

Dated: June 16, 2009

CH1 4726519v.1

STIPULATED EXTENSION OF TIME FOR DEFENDANT TO FILE ITS ANSWER